IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF/RESPONDENT**

**V.**            **CASE NO. 5:12-CR-50071-001**

**OMAR PEREZ**            **DEFENDANT/PETITIONER**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 33) filed in this case on May 4, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 33) is **ADOPTED IN ITS ENTIRETY.** Further, the Court finds that Petitioner's Motion to Voluntarily Dismiss his § 2255 Petition (Doc.32) should be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 26th day of May, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE